

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2019

No. 04-18-00841-CV

**EX PARTE K.S.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI05238
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The appellee's motion to withdraw as counsel is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court